# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV-17 | E 1942226 | SPC Nunez | N3049 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 01/12/2025  1500 | VSC 46.2-300 |

Place of Offense: 22211

Hatfield Gate ACP, Fort Myer, VA

Offense Description: Factual Basis for Charge          HAZMAT ☐

Driving without operators license

CFR 634.25 (F)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| McKnight | William | D |

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| THP-3653 | VA | 2014 | Chevy/Malibu | | Black |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 115     Forfeiture Amount

+ $30     Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ 145     Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. Districts Courts, 401 Courthouse Square, Alexandria, VA, 22214 | 3/17/2025 |
| | Time: 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: William McKnight

Original - CVB Copy

*E1942226*

CVB SCAN 01/29/2025 10:15

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **January 12th 2025** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

I was conducting Routine Patrol of fort Myer, And was doing a gate check of Hatfield Gate, When Gate Personel informed me of an invidual driving with no license. Upon making contact with William McKnight he admitted to me that he had no valid license but he had a permit that he was not carrying with him. A check through VCIN/NCIC Revealed no wants or warrants. CVB # E1942226 was then issued. The Vehicle was turned over to a licensed driver. All information on the face of this notice is incorporated by reference herein

The foregoing statement is based upon:

✓ my personal observation      ✓ my personal investigation

✓ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/12/2025**
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/29/2025 10:15